E. BRYAN WILSON
Acting United States Attorney

JACK S. SCHMIDT
Assistant United States Attorney
Federal Building & U.S. Courthouse
709 West 9th Street, Room 937
Post Office Box 21627
Juneau, Alaska 99802
Phone: (907) 796-0400
Fax: (907) 796-0409
Email: jack.schmidt@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Nos. 1:21-mj-00046-MMS, |
| | ) 1:21-mj-00047-MMS, |
| Plaintiff, | ) 1:21-mj-00048-MMS |
| | ) |
| vs. | ) |
| | ) |
| DAVID SOMPET POWERS a/k/a "Joker"; | ) |
| JANEL LYNN DAVIS a/k/a "Janel Ellis", | ) |
| KEONI TIMOTHY BISCHOFF, | ) |
| | ) |
| Defendants. | ) |

**MOTION TO UNSEAL COMPLAINTS, ARREST WARRANTS, AND
AFFIDAVIT ON IN-CUSTODY DEFENDANTS**

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves this Court for an order to unseal the Complaints, arrest warrants, and affidavit on the in-custody defendants. Defendant UDDIPA has not been arrested and his

location is unknown thus the Complaints, arrest warrants, and affidavit can now be served to the in-custody defendants, POWERS, DAVIS, and BISCHOFF.

The defendant UDDIPA, related to the underlying criminal investigation has not been arrested, and his location is unknown, there remains no law enforcement or other need to seal the Complaints, arrest warrants, and affidavit. Wherefore, given the foregoing, the United States respectfully requests that the court order to unseal the underlying Complaints, arrest warrants, and affidavit on the in-custody defendants that are currently under seal in this case.

RESPECTFULLY SUBMITTED this 4th day of May 2021, at Juneau, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ *Jack S. Schmidt*
JACK S. SCHMIDT
Assistant United States Attorney